```
United States District Court
Southern District of Texas
        ENTERED

    AUG 19 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk
```

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

```
United States District Court
Southern District of Texas
        FILED

    AUG 11 1998

Michael N. Milby, Clerk of Court
```

| | |
|---|---|
| JOSE ORLANDO CASANOVA, § | |
| § | |
| Plaintiff, § | |
| § | |
| Vs. § | |
| § | |
| UNITED STATES WIRELESS CABLE, § | C. A. No. B-97-205 |
| INC. d/b/a GOLDEN CRESCENT § | |
| WIRELESS CABLE TV d/b/a WIRELESS § | |
| CABLE TV AND ROBERT T. DAVIS a/k/a § | |
| SONNY DAVIS, § | |
| § | |
| Defendants. § | |

---

O R D E R / on:
*COUNSEL FOR DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW*

---

1. On this the **11th** day of **August**, 19**98**, this case came on for consideration on *Counsel for Defendants' Motion For Leave To Withdraw*. Having considered same, the facts, the law, and argument of counsel, that the court is of the Opinion that the motion should be, and hereby is, GRANTED. Therefore, such relief as stated below is hereby ORDERED.

2. ORDERED that Counsel for the Defendant, David Horton, be, and hereby is given leave to withdraw.

3. ORDERED that all proceedings and deadlines herein be, and hereby are stayed and suspended for 30 days in order to allow

Defendants sufficient time in which to make arrangements for representation herein.

    4. ORDERED that Defendants be, and hereby are, given 30 days in which to retain successor counsel or otherwise make arrangements for representation herein, regarding which Defendants shall advise the court by filing of record herein within such time period.

    5. The Clerk shall mail a copy of this Order to all counsel of Record.

    6. The Clerk shall mail a copy of this Order to each Defendant as follows:

    United States Wireless Systems, Inc.
    1803 West Avenue
    Austin, Texas 78701

    Mr. Robert Davis, President
    United States Wireless Systems, Inc.
    1803 West Avenue
    Austin, Texas 78701

    7. Done this 11th day of August, 1998, at Brownsville, Texas.

UNITED STATES MAGISTRATE JUDGE

ORDER/on:
COUNSEL FOR DEFENDANTS'S MOTION FOR LEAVE TO WITHDRAW     6