14

United States District Court
Southern District of Texas
ENTERED

AUG 19 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 11 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE CASANOVA, PLAINTIFF | § § § | |
| Vs. | § | C.A. No. B-97-205 |
| UNITED STATES WIRELESS CABLE, INC., ET AL., DEFENDANTS | § § § § | |

ORDER ON PLAINTIFF'S
MOTION TO REMAND AND BRIEF IN SUPPORT OF SAME

1. On this 11th day of August, 1998, this case came on for (consideration)(hearing) on Plaintiff's Motion to Remand. Having considered same, the relevant facts and law, and arguments of counsel, the Court is of the opinion that the motion should be and hereby is DENIED. Therefore, it is ORDERED that this case shall proceed in the United States District Court for the Southern District of Texas, Brownsville Division, subject to further order of the Court.

2. The Clerk shall mail a copy of this Order to all counsel of record.

3. Done this 11th day of August, 1998, at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE

Defendant's Response in Opposition/Remand

Page - 10