IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE CASANOVA, | § | |
| Plaintiff(s), | § § § | |
| v. | § § | CIVIL ACTION NO. B-97-205 |
| UNITED STATES WIRELESS CABLE, INC., ET AL, | § § § | |
| Defendant(s). | § § | |

Defendant UNITED STATES WIRELESS CABLE's Motion to Consolidate [Dkt 8] is DENIED.

DONE at Brownsville, Texas, this ____ day of September 1998.

Hilda G. Tagle
United States District Judge