UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS    17

Jose Casanova §
§
versus §
§
United States Wireless §
Cable, Inc, et al §

CIVIL ACTION B-97-205

United States District Court
Southern District of Texas
FILED
SEP 22 1998
Michael N. Milby, Clerk of Court

### Order Setting Hearing

1.    A (status) hearing will be held before Judge Hilda G. Tagle on:

   October 19, 1998

   at 1:45 p.m.

   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas 78521.

United States District Court
Southern District of Texas
ENTERED
SEP 22 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

2.    Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.    The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed on 22nd September, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.