19

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*United States District Court*
*Southern District of Texas*
**ENTERED**

OCT 20 1998

Michael N. Milby
Clerk of Court

Jose Orlando Casanova §
§
versus §
§   CIVIL ACTION B-97-205
§
United States Wireless §
Cable, et al §

By D. Huty

## Order Setting Hearing

(Status)

1.  A hearing will be held before Judge Hilda G. Tagle on:

    November 25, 1998

    at 2:45 p.m.

    Courtroom, Fourth Floor
    United States Court House
    500 East Tenth Street
    Brownsville, Texas 78521.

2.  Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.  The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on October 20, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

o.
mhrgddl.