20

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF

United States District Court
Southern District of Texas
ENTERED

OCT 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

Jose Orlando Casanova §
§
versus §        CIVIL ACTION 97-205
§
United States Wire, Cable, Inc.. §

## Order Setting Hearing

1.     A hearing will be held before Judge Hilda G. Tagle on: Status

   December 1, 1998

   at 11:00 A.m.

   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas 78521.

2.     Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.     The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on October 23, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.