21

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Jose Orlando Casanova §
§
versus §          CIVIL ACTION B-97-205
§
United States Wire, Cable, etc. §

## Order Setting Hearing

1. A **Status** hearing will be held before Judge Hilda G. Tagle on: _December 17_, 1998 at _10:00_ _A_.m.

    Courtroom, Fourth Floor
    United States Court House
    500 East Tenth Street
    Brownsville, Texas  78521.

United States District Court
Southern District of Texas
ENTERED

NOV 16 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on _NOV. 16_, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.