*23*

UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

Jose Orlando Cecenas §
§
§
§
*versus*                                      §          CIVIL ACTION  97 - 205
§
§
United State Wire,        §
Cable , Inc.

Initial Pretrial Conference Order

United States District Court
Southern District of Texas
ENTERED

DEC 17 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

The initial pretrial conference has been set for ____3-18-99____ ,

at __3:00__ *p.* .m.


Please comply with the Civil Procedures Manuel and file a joint case management

plan at least 14 days before the conference.

Signed on __December 16th__ , 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge