24

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Casanova §
§
versus §
§ CIVIL ACTION  97-205
§
United States Wire §
§

## Order Resetting Conference

The pretrial conference set  United  3-18-99 , has been reset to:

3-10-99 ,

at  12:00  p.m.

Signed on  February 2 , 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
updateddl.