26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE ORLANDO CASANOVA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-205 |
| | § | |
| UNITED STATES WIRELESS CABLE, | § | |
| INC. d/b/a GOLDEN CRESCENT | § | |
| WIRELESS CABLE TV d/b/a WIRELESS | § | |
| CABLE TV AND ROBERT T. DAVIS | § | |
| a/k/a SONNY DAVIS, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On this 16 day of July, 1999, came on to be considered Counsel for Defendants' Unopposed Motion for Leave to Withdraw and For Substitution of Counsel, and the Court, having carefully considered said Motion, the pleadings and other papers on file in this case, is of the opinion that it is well taken and should be GRANTED.

ACCORDINGLY, IT IS ORDERED that Rene O. Oliveira be, and hereby is given leave to withdraw as counsel-in-charge for Defendants.

IT IS FURTHER ORDERED that John A. Ferguson, Jr., of Strasburger & Price, L.L.P., 106 St. Mary's Street, Suite 800, San Antonio, Texas 78205 is hereby substituted as counsel-in-charge for Defendants.

SIGNED and ENTERED on this the 16 day of July, 1999.

_____
UNITED STATES DISTRICT JUDGE

470962.1