30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 21 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE ORLANDO CASANOVA, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-205 |
| | § | |
| UNITED STATES WIRELESS CABLE | § | |
| INC., et al | § | |

## ORDER

Be it remembered that on March 17, 1999, the Court GRANTED Defendants' request to compel arbitration. The parties are ORDERED to submit Plaintiff's claims in this cause to final and binding arbitration.

On this 21 day of April, 1999, came to be considered Defendants' Unopposed Motion to Dismiss, and the Court, having carefully considered said Motion, the pleadings and other papers on file in this case, is of the opinion that it should be GRANTED.

It is further ORDERED that this cause is hereby dismissed with prejudice. Each party shall bear their own costs.

SIGNED and ENTERED on this the 21 day of April, 1999.

_____
Hilda G. Tagle
United States District Judge